**2004–1777. State v. Glass.**

Cuyahoga App. No. 83950, 2004-Ohio-4495. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby accepts the appeal.

IT IS ORDERED by the court, sua sponte, that this cause be held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209.

IT IS FURTHER ORDERED by the court that the briefing schedule be stayed.